UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PENNY BOURGEOIS,

    Plaintiff,

v.

PENTEC HEALTH, INC.,

    Defendant.

Case No. 23-cv-06375-HSG

**SCHEDULING ORDER**

A case management conference was held on March 26, 2024. Having considered the parties' proposals, *see* Dkt. No. 16, the Court **SETS** the following deadlines[1] pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/Joinder | May 25, 2024 |
| Close of Fact Discovery | September 27, 2024 |
| Exchange of Opening Expert Reports | October 23, 2024 |
| Exchange of Rebuttal Expert Reports | November 13, 2024 |
| Dispositive Motion Hearing Deadline | December 19, 2024, at 2:00 p.m. |
| Close of Expert Discovery | January 10, 2025 |
| Pretrial Conference | March 11, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | March 24, 2025, at 8:30 a.m. |

//

//

---

[1] The Court adjusts the dates for the dispositive motion hearing, pretrial conference, and jury trial per its standing order.

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   **IT IS SO ORDERED.**
4   Dated: 3/27/2024

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge