1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PENNY BOURGEOIS,

           Plaintiff,

       vs.

PENTEC HEALTH, INC, an entity and
DOES 1-50, inclusive,

           Defendant.

Case No.: 4:23-cv-06375-HSG

Hon. Haywood S. Gilliam, Jr.

**ORDER GRANTING STIPULATION TO FILE FIRST AMENDED ANSWER TO THE FIRST AMENDED COMPLAINT**
**(Fed. R. Civ. P. 15; L.R. 7-12)**

Complaint Served: November 10, 2023
Removal Filed: December 11, 2023

ORDER GRANTING
STIPULATION TO FILE FIRST
AMENDED ANSWER

DB2/ 44342765.1

1

### ORDER

2      Plaintiff Penny Bourgeois ("Plaintiff") and Defendant Pentec Health, Inc.'s

3   ("Defendant") (collectively, the "Parties") Stipulation to File First Amended

4   Answer to the First Amended Complaint ("Stipulation") came before the Court.

5   The Court, having fully considered the Stipulation, and finding good cause based

6   on the recitals in the Stipulation, hereby **GRANTS** the Stipulation.  Defendant shall

7   file a First Amended Answer within five (5) court days of this Order.

8      **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

9   Dated: _____4/8/2024_____      _____

10                                          HON. HAYWOOD S. GILLIAM, JR.
                                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING
STIPULATION TO FILE FIRST
AMENDED ANSWER

DB2/ 44342765.1