UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PENNY BOURGEOIS,

        Plaintiff,

    v.

PENTEC HEALTH, INC.,

        Defendant.

Case No. 23-cv-06375-HSG

**AMENDED SCHEDULING ORDER**

Having considered the parties' trial availability, *see* Dkt. No. 96, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Pretrial Conference | July 15, 2025, at 3:00 p.m. |
| Bench Trial (3 days) | August 5, 2025, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 4/7/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge