United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PENNY BOURGEOIS,

Plaintiff,

v.

PENTEC HEALTH, INC.,

Defendant.

Case No. 23-cv-06375-HSG

**ORDER SETTING TRIAL SCHEDULE**

During the July 15, 2025, pretrial conference, the Court indicated that it would set time limits for the upcoming bench trial. The Court directed the parties to submit time estimates for each witness, including for direct and cross examinations. *See* Dkt. No. 107. Having reviewed the parties' estimates, Dkt. Nos. 116 & 117, the Court will limit each side to seven hours maximum. The Court will keep track of this time and the parties will be expected to strictly comply with these limits. The Court expects the parties to work efficiently, and may further reduce a party's time or cut off lines of questioning if it concludes that the parties are not effectively using their allotted time.

The trial is **SET** for August 5 through August 7, 2025, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA. It will be held from 8:30 a.m. to approximately 1:30 p.m. each day, with two 15-minute breaks.

**IT IS SO ORDERED.**

Dated:    7/30/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge