1 | VAZNAUGH LAW FIRM
2 | Richard J. Vaznaugh, Bar No. 173249
    richvaz@cajoblaw.com
3 | 1388 Sutter Street, Suite 903
    San Francisco, CA 94109
4 | Tel: (415) 593-0076
    Fax: (415) 653-8935

5 | VIRGINIA VILLEGAS (SBN 179062)
    THE VILLEGAS LAW FIRM, APC
6 | 1388 Sutter St., Ste. 903
    San Francisco, CA 94109
7 | Telephone: (415) 989-8000
    Facsimile: (415) 989-8028
8 | virginia@e-licenciados.com

Attorneys for Plaintiff
PENNY BOURGEOIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA OAKLAND COURTHOUSE

| | |
|---|---|
| PENNY BOURGEOIS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>PENTEC HEALTH, INC, an entity and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 4:23-cv-06375-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION AND ORDER REGARDING THE USE OF TECHNOLOGY IN THE COURTROOM**<br><br>Action Filed: May 17, 2023<br>Removal Date: December 11, 2023<br>Trial Date: August 5, 2025 |

Plaintiff PENNY BOURGEOIS and Defendant PENTEC HEALTH INC., by and through their respective counsel of record, hereby stipulate and respectfully request that the Court issue an order permitting the use of technology in the courtroom in connection with the trial scheduled to begin on August 5, 2025, at 8:30 a.m. before the Honorable Haywood S. Gilliam Jr.

Specifically, the parties request permission for their counsel and legal support staff to bring the following equipment into the courthouse and courtroom for purposes of presentation and display of evidence and demonstrative materials:

- Laptop computers
- Tablets or iPads
- Audio speakers
- Power strips, extension cords, and necessary cabling
- Printers

The parties further request that such equipment be permitted to be brought into the courthouse for setup and for testing before proceedings commence on August 5, 2025.

The parties will coordinate with the Court's courtroom deputy and the U.S. Marshals Service as necessary to comply with courthouse security procedures and requirements for electronic equipment.

The parties further request that the parties and their counsel be allowed to bring in snacks and water bottles.

**IT IS SO STIPULATED.**

DATED: July 31, 2025                     VAZNAUGH LAW FIRM

                                         By: /s/ Richard J. Vaznaugh
                                             Richard J. Vaznaugh
                                             Attorney for Plaintiff

DATED: July 31, 2025                     MORGAN, LEWIS & BOCKIUS LLP

                                         By: /s/ David J. Rashe
                                             Barbara J. Miller
                                             David J. Rashe
                                             Attorneys for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The parties and their counsel and staff are permitted to bring and use the technology and equipment described above in Courtroom 2 for the proceedings set to begin on August 5, 2025. Further the parties and their counsel are permitted to bring snacks and water bottles.

DATED: 8/1/2025

Hon. Haywood S. Gilliam Jr.
United States District Judge